**No. 09-9279. Fred Ray, Jr., Petitioner v. Missouri.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4711.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3413.

<hr>

**No. 09-9391. David Lynn Hall, Jr., Petitioner v. Virginia.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4670.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3336.

<hr>

**No. 09-9460. In re Dwight York, aka Malachi York, Petitioner.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4611.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1036, 130 S. Ct. 2083, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2906.

<hr>

**No. 09-9639. Edward Eugene Young, Petitioner v. Rhode Island, et al.**

560 U.S. 961, 130 S. Ct. 3408, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4592.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3620.

<hr>

**No. 09-9726. Clarence Small, Petitioner v. McKither Bodison, Warden.**

560 U.S. 961, 130 S. Ct. 3408, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4598.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1099, 130 S. Ct. 2388, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3588.

<hr>

**No. 09A1163. John McComish, et al., Applicants v. Ken Bennett, in his official capacity as Secretary of State of the State of Arizona, et al.**

560 U.S. 961, 130 S. Ct. 3408, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4718.

June 8, 2010. Application to vacate the stay of the District Court's injunction and to stay the mandate of the United States Court of Appeals for the Ninth Circuit in case No. 10–15165, presented to Justice Kennedy, and by him referred to the Court, granted pending the timely filing and disposition of a petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this order shall terminate automatically. In the event the petition for a writ of certiorari is granted, the order shall terminate upon the sending down of the judgment of this Court.